# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : CIVIL ACTION |
|---|---|
| v. | : NO. 16-876 |
| COMMONWEALTH OF PENNSYLVANIA | : |

## ORDER

**AND NOW**, this 1st day of February 2019, upon considering Plaintiff's dismissal of defendants other than the Commonwealth of Pennsylvania (ECF Doc. No. 148), it is **ORDERED:**

1. We **dismiss** Nancy Vernon, Jack Heneks, and Jeffrey Whiteko **without prejudice**; and,

2. The Clerk of Court and all parties shall use the caption above accurately reflecting the parties.

_____
KEARNEY, J.