IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 16-876 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA | : | |

## ORDER

**AND NOW**, this 1st day of February 2019, following our Court of Appeals' remand to allow Plaintiff to reinstate his due process and disabilities claims against the Commonwealth of Pennsylvania, upon considering the Commonwealth's Motion to dismiss (ECF Doc. No. 145) and Plaintiff's Opposition (ECF Doc. No. 149), and for reasons in the accompanying Memorandum, it is **ORDERED** the Commonwealth's Motion to dismiss the amended complaint (ECF Doc. No. 145) is **DENIED** and the Commonwealth shall answer the amended complaint no later than **February 15, 2019.**

_____
KEARNEY, J.