# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 16-876 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA | : | |

## ORDER

AND NOW, this 15th day of February 2019, following today's telephone conference requested by counsel to address deadlines under our February 11, 2019 Order (ECF Doc. No. 156), and mindful of the parties' obligations under our November 9, 2018 Order (ECF Doc. No. 136) including subpoenaing fact witnesses for deposition to possibly discover their knowledge, but not necessarily their deliberative mental processes, for purposes of showing a basis for monetary relief, and further finding good cause established by the Commonwealth to defer identifying the ADR process and no opposition to a limited extension of time to file an answer, it is **ORDERED**:

1. Defendant is **GRANTED** leave to file an answer no later than **March 1, 2019**;

2. The parties shall negotiate in good faith to decide upon an appropriate Mediator and report by faxed letter on any decision as soon as possible but file a stipulation selecting the ADR process due no later than **March 1, 2019**; and,

3. The parties may proceed with discovery consistent with our November 9, 2018 Order (ECF Doc. No. 136).

_____
KEARNEY, J.