# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-876 |
| COMMONWEALTH OF PENNSYLVANIA | : | |

## ORDER

**AND NOW,** this 4th day of March 2019, following today's requested telephone conference with counsel for the Plaintiff and counsel for the Commonwealth concerning the Defendant's present inability to secure a client necessary for the ADR process under our February 11, 2019 Order (ECF Doc. No. 156), it is **ORDERED** we excuse the parties' obligations to select and proceed on an ADR process until further Order.

KEARNEY, J.