# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-876** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA** | : | |

# ORDER

**AND NOW**, this 14th day of March 2019, it is **ORDERED** a Telephonic Status Conference on the pending Motions (ECF Doc. Nos. 173, 175) shall be held on **Monday, March 18, 2019** at **11:30 A.M.** Plaintiff's counsel shall initiate the call and contact Chambers at 267-299-7680 when all counsel are on the line.

_____
**KEARNEY, J.**