# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : CIVIL ACTION |
|---|---|
| v. | : NO. 16-876 |
| COMMONWEALTH OF PENNSYLVANIA, *et al.* | : |

## ORDER

**AND NOW**, this 28th day of May 2019, upon considering Defendant Administrative Office of Pennsylvania Courts' Motion to dismiss (ECF Doc. No. 187), Plaintiff's response (ECF Doc. No. 195), Defendant's Reply (ECF Doc. No. 196), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 187) is **DENIED**:

1. Defendant Administrative Office of Pennsylvania Courts shall answer the second amended Complaint no later than **June 7, 2019**; and,

2. We shall hold a status and scheduling telephone conference on Tuesday, **June 11, 2019** at **11:00 A.M.** to address service on the remaining named Defendant, close of remaining discovery, and trial scheduling in Fall 2019. Plaintiff's counsel shall coordinate the conference call and contact Chambers at 267-299-7680 when all trial counsel are on line.

_____
KEARNEY, J.