IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-876 |
| COMMONWEALTH OF PENNSYLVANIA, *et al.* | : | |

# **ORDER**

**AND NOW**, this 11th day of June 2019, following today's pretrial conference including oral argument on the pending Motion to dismiss (ECF Doc. No. 201) and Motion to stay (ECF Doc. No. 206), mindful Plaintiff will respond to the pending Motion to dismiss (ECF Doc. No. 201) today, and upon Defendant Administrative Office of Pennsylvania Courts' counsel's request, it is **ORDERED** the Administrative Office of Pennsylvania Courts is granted leave to file a supplemental memorandum in support of its Motion to stay not exceeding ten pages filed no later than **June 14, 2019** should it wish to modify the scope of its request for a stay pending appeal so as to account for the ongoing case which will involve it as, at a minimum, a third party witness.

**KEARNEY, J.**