# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-876** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |

## ORDER

**AND NOW**, this 2nd day of October 2019, upon considering Defendant Administrative Office of Pennsylvania Courts' Motions for extension of time (ECF Doc. Nos. 231 & 232) it is **ORDERED** a Telephonic Status Conference on the pending Motions (ECF Doc. Nos. 231 & 232) shall be held on **Wednesday, October 2, 2019** at **1:30 P.M.** Counsel for Administrative Office of Pennsylvania Courts shall initiate the call and contact Chambers at 267-299-7680 when all counsel are on the line.

_____
KEARNEY, J.