IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : CIVIL ACTION |
|---|---|
| | : |
| v. | : NO. 16-876 |
| | : |
| COMMONWEALTH OF | : |
| PENNSYLVANIA | : |

## ORDER

**AND NOW**, this 2nd day of October 2019, upon considering the Administrative Office of Pennsylvania Courts' Motion for extension of time and amended Motion (ECF Doc. Nos. 231, 232), Plaintiff's Opposition, conference with all counsel, and for good cause, it is **ORDERED** the Administrative Office of Pennsylvania Courts' Motions (ECF Doc. Nos. 231, 232) are **GRANTED in part** and we **amend** our September 3, 2019 Order (ECF Doc. No. 227) only:

1. All fact discovery relating to Administrative Office's liability and defenses shall be served, noticed, and completed by **November 15, 2019**;[1]

2. Counsel shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) necessary to meet its burden of proof by expert report or answer to expert interrogatory no later than **October 25, 2019**. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve such rebuttal evidence on counsel for every other party no later than **December 2, 2019**. Expert depositions, if any, shall be concluded no later than **December 6, 2019**;

---

[1] Should *all* parties wish to extend this *discovery* deadline *without extending any other deadline*, the parties may agree to do so without seeking leave of the Court.

3. Summary judgment and *Daubert* motions, if any, shall be filed no later than **November 20, 2019**. Responses to *Daubert* motions shall be filed within ten days of filing. Responses to summary judgment motions shall be filed no later than **December 4, 2019**. Motions for summary judgment and responses shall fully comply with this Court's Policies;

4. No later than **December 17, 2019**, counsel for every party shall exchange a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery;

5. No later than **December 18, 2019**, each party shall file a pretrial memorandum compliant with our Policies;

6. No later than **December 19, 2019**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov; and,

7. All other prospective obligations in our June 24, 2019 and September 3, 2019 Orders (ECF Doc. Nos. 220, 227), remain in effect.

KEARNEY, J.