# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-876** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |

## ORDER

**AND NOW**, this 11th day of October 2019, upon considering the Administrative Office of Pennsylvania Courts' Motion for clarification (ECF Doc. No. 236) of our October 2, 2019 Order (ECF Doc. No. 235), as the Plaintiff and the Administrative Office concur as to the obligations of the Administrative Office but further mindful our October 2, 2019 Order contemplates the ongoing progress of this case including the Administrative Office towards trial in early January 2020 should the Administrative Office's presently pending appeal be resolved before the close of discovery or shortly thereafter, it is **ORDERED** the Administrative Office's Motion for clarification (ECF Doc. No. 236) is **GRANTED** to confirm counsel's correct interpretation of our October 2, 2019 Order and clarify all discovery from all parties shall be served, noticed and completed by **November 15, 2019** (subject to counsels' courtesies not affecting our trial schedule) but the obligations in paragraphs 3-6 of our October 2, 2019 Order solely as to the potential liability of the Administrative Office remain stayed until further Order.

KEARNEY, J.