# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 16-876 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA | : | |

## ORDER

**AND NOW**, this 16th day of October 2019, upon the Administrative Office of the Pennsylvania Courts advising of the United States Court of Appeals' October 16, 2019 Order denying Plaintiff's Motion for summary action on the Administrative Office's appeal in No. 19-2253 (3d Cir.) and setting a briefing schedule which likely results in a decision in early 2020, and mindful of the parties' ongoing obligations under our June 24, 2019 and October 11, 2019 Orders (ECF Doc. No. 219, 237), it is **ORDERED**:

1. Each party shall file status Memoranda not exceeding three pages on or before **October 21, 2019**, representing his or its position as to progress of this matter consistent with Fed.R.Civ.P. 1including, by way of example, through the present trial schedule with an accompanying motion for severance of the Administrative Office for dispositive motions and trial <u>or</u> deferral of all trial obligations as to all parties until the Court of Appeals resolves the issues involving the Administrative Office in No. 19-2253 (3d Cir.); and,

2. Nothing in this Order affects the parties' ongoing obligations under our October 11, 2019 Order (ECF Doc. No. 237).

_____
KEARNEY, J.