# LAW OFFICES OF JOEL SANSONE

TWO GATEWAY CENTER, SUITE 1290
603 STANWIX STREET
PITTSBURGH, PENNSYLVANIA 15222
_____

TELEPHONE  (412) 281-9194

JOEL S. SANSONE                                                                                 MASSIMO A. TERZIGNI
jsansone@joelsansonelaw.com                                                      mterzigni@joelsansonelaw.com

                                                                                                          ELIZABETH A. TUTTLE
                                                                                                          etuttle@joelsansonelaw.com

October 24, 2019

**Re:**   **Geness v. Commonwealth of Pennsylvania, et al.**
          **Civil Action No. 2:16-cv-00876**
          **Costs Expended in Plaintiff's Case**

| **Date** | **Item** | **Amount** |
|---|---|---|
| Category:  Filing Fees/Service Fees | | |
| 6/2016 | Clerk of Courts - Complaint | 450.00 |
| 6/2016 | Service of Complaint | 375.08 |
| 4/2017 | Clerk of Courts | 92.00 |
| 5/2017 | Clerk of Courts - Notice of Appeal | 505.00 |
| | *Subtotal:  $1,422.08* | |
| Category:  Depositions | | |
| 4/2017 | Depos of McVey, McVey | 1,096.55 |
| 4/2017 | Depo of Tummons | 811.10 |
| 8/2019 | Depos of Lambie, Kuhn, Whiteko | 1,085.95 |
| 8/2019 | Depos of Mader, Vitler | 900.60 |
| 8/2019 | Depos of Mittleman/Darr | 606.01 |
| | *Subtotal:  $4,500.21* | |

Page 2
Geness v. Commonwealth of Pennsylvania, et al.
Civil Action No. 2:16-cv-00876
Costs Expended in Plaintiff's Case

| **Date** | **Item** | **Amount** |
|---|---|---|

Category: Travel

| 1/2016 | Mileage to Uniontown to meet with client | 59.40 |
| 1/18-19/2018 | Philadelphia - Third Circuit Oral Argument | 2,414.94 |

    Mileage:  250.70
    Hotel Rooms:  1,683.89
    Meals:  476.35
    Parking:  4.00

| 8/7-9/2019 | Travel to Harrisburg for AOPC and DHS Depositions | 641.98 |

    Mileage:  266.80
    Hotel Room:  375.18

| 8/27/2019 | Mileage to Uniontown (Obtain Signatures on Affidavits) | 60.00 |

*Subtotal:  $3,176.32*

Category: Postage

| 2016-2019 | Postage | 90.49 |

Category: Scanning/Copying     1,285.75

2016-2019   In-house Copies:  498.25
5/7/2017   MCS Copy Service:  342.30
6/3/2019   MCS Copy Service: 445.20

Category: Miscellaneous

| 2016-2019 | Case Binders:  133.00 | 161.89 |
| 2019 | Black Binders:  28.89 | |

*Subtotal:  $1,538.13*

Page 3
Geness v. Commonwealth of Pennsylvania, et al.
Civil Action No. 2:16-cv-00876
Costs Expended in Plaintiff's Case

**Total Expenses: $10,636.74**