# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-876 |
| COMMONWEALTH OF PENNSYLVANIA | : | |

## ORDER

**AND NOW**, this 21st day of November 2019, upon review of Defendant Commonwealth of Pennsylvania's Motion for summary judgment (ECF Doc. No. 259), Appendix (ECF Doc. No. 262), Plaintiff's Motion for summary judgment (ECF Doc. No. 263), and Appendix (ECF Doc. No. 266), it is **ORDERED**:

1. The Plaintiff's Appendix (ECF Doc. No. 266) is **STRICKEN** as non-compliant with this Court's Policies concerning a Bates stamped joint Appendix with the first page sequential to the last page of first Movant's Appendix without duplicating a document copied in the Movant's Appendix; and,

2. Plaintiff is granted leave to file an Appendix compliant with our Policies (V. ¶ C.) starting at bates stamped page number 494a with no duplicative documents no later than **December 2, 2019**.

_____
KEARNEY, J.