# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CRAIG GENESS | : CIVIL ACTION |
|---|---|
| v. | : NO. 16-876 |
| COMMONWEALTH OF PENNSYLVANIA | : |

## ORDER

**AND NOW**, this 28th day of January 2020, upon considering the Defendant Administrative Office of Pennsylvania Courts' Motion to compel discovery and for sanctions (ECF Doc. No. 307), and consistent with our Policies, it is **ORDERED** the Administrative Office's Motion (ECF Doc. No. 307) is **GRANTED in part** and **DENIED in part**:

1. Plaintiff shall fully respond, including fulsome supplemental responses and description of objections to interrogatory Nos. 1, 2, 3, 4, 7, 8, 11, and 12 and document request Nos. 1, 2, and 3, along with a detailed privilege log no later than **February 3, 2020** or risk the awarding of monetary sanctions upon motion against Plaintiff's counsel, including payment of reasonable fees incurred by the Administrative Office in having to repeatedly seek the same discovery; and,

2. The Administrative Office's request for sanctions is **DENIED without prejudice** to be renewed if necessary under this Order providing further specific notice to the Plaintiff of his obligations.

KEARNEY, J.