**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  16-876** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA** | : | |

## <u>ORDER</u>

**AND NOW**, this 19th day of October 2020, upon reviewing the Status Report (ECF Doc. No. 339) responsive to our October 14, 2020 Order (ECF Doc. No. 338), and finding good cause for a short extension to allow the Commonwealth's counsel to respond to obligations under our October 15, 2020 Order, it is **ORDERED** we **amend** our October 14, 2020 Order (ECF Doc. No. 338) to allow Plaintiff leave to file a joint status report on or before **October 26, 2020** addressing both the tender of payment on the approved settlement (anticipated this week) and the position of the Commonwealth's counsel as to a likelihood of success in a return to mediation over the next month on the remaining claims against the Commonwealth.

_____
**KEARNEY, J.**