# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-876** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA** | : | |

## <u>ORDER</u>

**AND NOW**, this 30th day of November 2020, upon considering the parties' Cross-motions for summary judgment (ECF Doc. Nos. 259, 263), Responses (ECF Doc. Nos. 279, 282), Supplements (ECF Doc. Nos. 334, 335), following oral argument, post-hearing Memoranda (ECF Doc. Nos. 346, 347), and for reasons in an accompanying Memorandum, it is **ORDERED**:

1.      Plaintiff's Motion for summary judgment (ECF Doc. No. 263) is **DENIED** as there are genuine issues of material fact requiring a trial as to deliberate indifference after the medical opinion Plaintiff would never be competent for trial; and,

2.      Defendant's Motion for summary judgment (ECF Doc. No. 259) is **GRANTED in part** and **DENIED in part**:

      a.      Defendant's Motion for summary judgment (ECF Doc. No. 259) is **GRANTED** as to Plaintiff's claims for conduct by the Administrative Office of Pennsylvania Courts and the Department of Human Services; and,

      b.      Defendant's Motion is otherwise **DENIED.**

_____

**KEARNEY, J.**