IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-876** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |

# ORDER

**AND NOW**, this 12th day of February 2021, following today's trial conference with all counsel regarding our trial schedule and mindful of COVID-19 mitigation, with counsels' consent, and finding good cause, it is **ORDERED** we **amend** our October 14, 2020 Order (ECF Doc. No. 338) prospectively:

1. Counsel are attached for a four-day trial beginning **April 26, 2021** at **9:00 A.M.** in a courtroom to be determined in the Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

2. No later than **April 6, 2021**, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery.

3. No later than **April 7, 2021**, each party shall file a pretrial memorandum compliant with our Policies.

4. No later than **April 8, 2021**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov;

5. All motions affecting trial presentations (e.g., *in limine*), proposed *voir dire* peculiar to your case, objections to proposed jury instructions, list of contested exhibits and deposition designations (providing the exhibits and highlighted designations to our Philadelphia Chambers)

2

shall be filed on or before **April 12, 2021**.  Responses, including highlighted counter-designations and objections, if any, shall be filed on or before **April 19, 2021**.

      6.      A final pretrial conference will be held telephonically on **April 22, 2021** at **8:45 A.M.**  Counsel for Plaintiff shall initiate this call and timely call Chambers at 267-299-7680 when all counsel are on the line.

      _____
      **KEARNEY, J.**