IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-876** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |

## ORDER

**AND NOW**, this 29th day of March 2021, following Plaintiff's Notice of petition for certiorari from our Court of Appeals' decision dismissing claims against the Administrative Office of Pennsylvania Courts, and consistent with our earlier discussions among counsel concerning trial beginning on April 26, 2021, it is **ORDERED** Plaintiff's counsel shall consult with Defendant's counsel and file a statement no later than **April 1, 2021** describing each parties' position as to an adjournment of the trial to a date certain in early June 2021 at which time we may have a better understanding of the Supreme Court's disposition of the petition for certiorari.

_____
**KEARNEY, J.**