IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-876** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA** | : | |

### REPORT OF CONFERENCE / MINUTE SHEET

On this 29th day of June 2021 a

\_\_\_ In-Person Conference (held in Chambers)

\_\_\_ In-Person Conference (held in Courtroom No. _____)

\_\_\_ Video Conference                    _X_ Telephone Conference

\_\_\_ Pretrial / Rule 16 Conference       \_\_\_ Settlement Conference

\_\_\_ Status Conference                   _X_ Final Pretrial Conference

_X_ On the Record                         \_\_\_ Not on the Record

Participants:

Plaintiff's Counsel:                      Defense Counsel:
  List all Counsel                           List all Counsel

1. Joel S. Sansone                        1. Scott A. Bradley
2. Elizabeth Tuttle                       2.
3.                                        3.

Name of Court Reporter or ESR: \_\_\_Marsia Balobeck\_\_\_

Start: 8:45 A.M.    End: 10:45 A.M.

**Total Time in Court: 2 hours**

                                        /s/ Ulrike Hevener
                                        Ulrike Hevener,
                                        Deputy Clerk to
                                        Judge Kearney