IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Noreen Re
Sharon Siatkowski                                                                       Keirstin Yost
Court Reporter                                                                             Deputy Clerk

| | | |
|---|---|---|
| **CRAIG GENESS** | : | **Joel S. Sansone, Esq. & Elizabeth Tuttle, Esq.** |
| | : | |
| | : | **Plaintiff** |
| v. | : | |
| | : | **CIVIL ACTION NO. 16-876** |
| | : | |
| **COMMONWEALTH OF** | : | **Scott A. Bradley, Esq.** |
| **PENNSYLVANIA** | : | **Defendant** |

MINUTE SHEET

BEFORE JUDGE  Mark A. Kearney         DATE  7/6/2021         TIME 8:00 AM

Jury Trial Day 1 - Courtroom 3B

**PROCEEDING**

The following jurors were called, voir dire, selected:
 1- (94)
 2- (116)
 3- (10)
 4- (3)
 5- (112)
 6- (20)
 7- (9)
 8- (53)
Jurors sworn.
Initial statement by the Court.
Joel S. Sansone, Esq. makes opening statements to the jury.
Plaintiff's case in chief.
Witnesses called and sworn:
                             Bernadette Tummons
                             Judge John Wagner – by video deposition


                Court adjourned 5:10 PM     To reconvene 7/7/2021 at 8:30AM

**TOTAL TIME IN COURT** :  **8 hours 40 minutes**
rev. 5/2003